UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HENRY VAN DALEN, et al.,

    Plaintiffs,

v.                                              CASE NO: 8:06-cv-103-T-23MSS

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant,
_____/

**ORDER**

    Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a July 28, 2006, order (Doc. 21) referred the defendant's motion (Doc. 19) for summary judgment to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's February 2, 2007, report and recommendation (Doc. 26), no party objects to the report and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 26) is **ADOPTED** and the defendant's motion (Doc. 19) for summary judgment is **DENIED**.

    ORDERED in Tampa, Florida, on February 22, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE