UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HENRY VAN DALEN, et al.,

    Plaintiffs,

v.   CASE NO: 8:06-cv-103-T-23MSS

SAFECO INSURANCE COMPANY OF
AMERICA,

    Defendant,

_____/

## ORDER

An April 3, 2007, order (Doc. 30) denied the defendant's motion to compel appraisal. Nevertheless, the defendant moves for "reconsideration" of the order. The defendant's motion offers no legal or factual basis for reconsideration but only recycles the defendant's original arguments (which were squarely and soundly rejected by the April 3, 2007, order). This court's orders "are not intended as mere first drafts, subject to revision and reconsideration at a litigant's pleasure." Alloy Casting Co. V. Gulfco Ind., Inc., 123 F.R.D. 282, 288 (N.D. Ill. 1988). Whether the defendant is entitled to appraisal under the contract is a contested issue in this action and serves as a basis for the plaintiff's breach of contract claim. The defendant's motion (Doc. 33) is **DENIED**.

ORDERED in Tampa, Florida, on May 7, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE